IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-503-GCM

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, *et al*, <br>     Plaintiffs, <br> v. <br> JOHNSON CONTROLS, INC., <br>     Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Charles R. Tuffley,** filed November 13, 2014 [doc. # 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Tuffley is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs.

**IT IS SO ORDERED.**

Signed: November 17, 2014

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge