IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY WB1001315 and POLICY B0518X111173, ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, GREAT LAKES REINSURANCE (UK) PLC, and LEXINGTON INSURANCE COMPANY, as Subrogees of JBS USA HOLDINGS, INC. and PILGRIM'S PRIDE CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>JOHNSON CONTROLS, INC.<br><br>Defendant. | Civil Action No. 3:14-cv-00503-GCM |

## ORDER DIRECTING THE NORTH CAROLINA STATE BUREAU OF INVESTIGATION TO PROVIDE ALL INVESTIGATION FILES TO THE PARTIES

WHEREAS, the parties have shown good cause for this Court to direct the North Carolina State Bureau of Investigation to provide all investigation records held by the State Bureau of Investigation related to the August 16, 2011 ammonia leak and subsequent explosion at the Pilgrim's Pride processing facility in Marshville, NC to counsel of record for the parties in this case.

IT IS HEREBY ORDERED, that the North Carolina State Bureau of Investigation shall provide all investigation materials to counsel of record no later than thirty (30) days from the entry of this Order.

IT IS FURTHER ORDERED, that counsel of record shall be responsible for payment of all costs associated with copying and delivery of these investigation records.

1

IT IS FURTHER ORDERED, that counsel of record shall return all investigation materials to the State Bureau of Investigation within thirty (30) days of the conclusion of this litigation, and shall submit an affidavit to this Court confirming the return of this material.

_____
Judge Graham C. Mullen

December 31, 2014