IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY WB1001315 and POLICY B0518X111173, ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, GREAT LAKES REINSURANCE (UK) PLC, and LEXINGTON INSURANCE COMPANY, as Subrogees of JBS USA HOLDINGS, INC. and PILGRIM'S PRIDE CORPORATION,<br><br>    Plaintiffs,<br>v.<br><br>JOHNSON CONTROLS, INC.<br><br>    Defendant. | Civil Action No. 3:14-cv-00503-GCM |

**ORDER PERMITTING DEFENDANT JOHNSON CONTROLS, INC.'S WITHDRAWAL OF ITS MOTION TO STAY DISCOVERY AND PROVIDING LIMITS ON THE SCOPE OF DISCOVERY IN THIS MATTER AND *PILGRIM'S PRIDE V. JOHNSON CONTROLS, INC.* (3:14-CV-00502-GCM)**

WHEREAS, the parties have shown good cause for this Court to direct the Entry of an Order Permitting Defendant Johnson Control Inc. to Withdraw Its Motion to Stay Discovery and to Provide Limits on the Scope of Discovery in this Matter and *Pilgrim's Pride v. Johnson Controls, Inc.* (3:14-CV-00502-GCM).

IT IS HEREBY ORDERED that discovery will proceed in Civil Action No. 3:14-cv-00502-GCM only, unless the parties agree otherwise, or this Court orders otherwise. In any event, there will be no duplicative discovery between the two actions.

IT IS FURTHER ORDERED, that only one plaintiffs' attorney, regardless of which plaintiff they represent, may question any deponent, may raise any objections, or defend

1

any deponent during depositions that occur in either action. The attorney responsible for questioning the deponent or defending the deponent shall identify themselves on the record at the beginning of the deposition.

IT IS FURTHER ORDERED, that Plaintiffs in both actions shall disclose one set of Rule 26 expert witnesses, and these expert witnesses will be the same in both actions.

IT IS FURTHER ORDERED, that Defendant Johnson Controls, Inc.'s Motion to Stay Discovery, ECF No. 12, shall be withdrawn, and this withdrawal shall be without prejudice.

**SO ORDERED.**

Signed: March 31, 2015

Graham C. Mullen
United States District Judge