# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY WB1001315 and POLICY B0518X111173, ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, GREAT LAKES REINSURANCE (UK) PLC, and LEXINGTON INSURANCE COMPANY, as Subrogees of JBS USA HOLDINGS, INC. and PILGRIM'S PRIDE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Defendant. | Civil Action No. 3:14-cv-00503-GCM<br><br>**STIPULATED ORDER ADJOURNING TRIAL DATE** |

WHEREAS the Parties to this action have reached a settlement agreement in this matter and the settlement documents are in the process of being completed; and

WHEREAS the Parties have shown good cause for this Court to direct the entry of a Stipulated Order in this Matter,

IT IS HEREBY ORDERED that:

Trial is hereby adjourned thirty (30) days to allow the Parties to complete settlement procedures.

**SO ORDERED.**

Signed: September 1, 2016

Graham C. Mullen
United States District Judge

*Stipulated and consented to by:*

| | |
|---|---|
| /s/ Larry W. Jenkins, Jr. | /s/ Timothy J. Mattson (With Consent) |
| Larry W. Jenkins, Jr. (*Pro hac vice*) | Timothy J. Mattson (*Pro hac vice*) |
| Charles R. Tuffley (*Pro hac vice*) | BOWMAN AND BROOKE, LLP |
| Geoffrey D. Farnham (*Pro hac vice*) | 150 South Fifth Street, Suite 3000 |
| DENENBERG TUFFLEY, PLLC | Minneapolis, Minnesota 55402 |
| 28411 Northwestern Hwy, Suite 600 | Tel: 612-339-8682 |
| Southfield, MI 48034 | Fax: 612-672-3200 |
| Tel: 248-549-3900 | Timothy.Mattson@bowmanandbrooke.com |
| Fax: 248-593-5808 | |
| ctuffley@dt-law.com | |
| ljenkins@dt-law.com | |
| gfarnham@dt-law.com | |
| | |
| T. David Higgins, Jr. (NC 19378) | Patrick J. Cleary (NC 39584) |
| COZEN O'CONNOR | BOWMAN AND BROOKE LLP |
| 301 South College Street, Suite 2100 | 1441 Main Street, Suite 1200 |
| Charlotte, NC 28202 | Columbia, SC 29201 |
| Tel: 704-376-3400 | Tel: 803-726-7420 |
| Fax: 877-728-1390 | Fax: 803-726-7421 |
| E-mail: dhiggins@cozen.com | Patrick.Cleary@bowmanandbrooke.com |
| | |
| Fred W. DeVore, III (NC 10308) | Damon J. Brinson (*Pro Hac Vice*) |
| 438 Queens Road | BOWMAN AND BROOKE LLP |
| Charlotte, NC 28207 | 2901 Via Fortuna, Suite 500 |
| Tel: 704-377-5242 | Austin, TX 78746 |
| Fax: 704-332-2825 | Tel: 512-844-3800 |
| fdevore@devact.com | Fax: 512-874-3801 |
| | Damon.brinson@bowmanandbrooke.com |
| ***Attorneys for Plaintiffs Certain Underwriters, et al*** | ***Attorneys for Defendant Johnson Controls, Inc.*** |